# LAW OFFICE OF
# EVAN L. LIPTON

ELL@evanliptonlaw.com
Tel / Text (917) 924-9800

250 West 55th Street, Floor 30
New York, New York 10019

MEMO ENDORSED

September 7, 2022

9/7/22

So Ordered

BY ECF
Hon. Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

*[signature: Colleen McMahon]*

Re: *United States v. Quincy Hilliard et al (Gary Brown)*
22-CR-82 (CM)

Dear Judge McMahon:

I write on behalf of Gary Brown to join in co-defendants' letter seeking (1) a continuance of the September 8 pre-trial conference; (2) setting forth a proposed motion schedule; and (3) proposing a date for the commencement of trial. (*See* ECF No. 82, filed 9/06/22.) On behalf of Mr. Brown, I consent to an exclusion of time from the Speedy Trial Act from September 8, 2022 through the date set for commencement of trial.

Respectfully,

Evan L. Lipton
*Counsel for Gary Brown*

Cc: all counsel (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/7/22