# LAW OFFICE OF
# EVAN L. LIPTON

ELL@evanliptonlaw.com  
Tel / Text (917) 924-9800

250 West 55th Street, Floor 30  
New York, New York 10019

April 18, 2023

BY ECF  
Hon. Colleen McMahon  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

Re: *United States v. Gary Brown et al,*  
22 Cr. 82 (CM)

Dear Judge McMahon:

I represent Gary Brown in the above-referenced matter. Mr. Brown is presently on pretrial release with travel restricted to the Southern District of New York and the District of New Jersey. I respectfully request that these geographic restrictions be amended to incorporate the District of Connecticut. Both the government (A.U.S.A. Nicholas) and Pretrial Services (Officer Cosme) consent to this application.

Respectfully yours,

Evan L. Lipton  
*Counsel for Gary Brown*

Cc: Ashley Nicholas  
*Assistant United States Attorney*

Ashley Cosme, Izlia Sanchez  
*Pretrial Services*

MEMO ENDORSED  
4/18/23

So Ordered

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 4/19/23